**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH ROSARIO, NOAH ZAHARIA, and OLIVIA SPELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ICON BURGER ACQUISITION LLC d/b/a SMASHBURGER,<br><br>Defendant. | Case No. 2:21-cv-04313-JS-ST<br><br>**PLAINTIFF ROSARIO'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Joseph Rosario hereby dismisses all claims against Defendant as to himself only, without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: May 4, 2022                            Respectfully submitted,

                                              By:  */s/ Yitzchak Kopel*
                                                      Yitzchak Kopel

                                              **BURSOR & FISHER, P.A**
                                              Yitzchak Kopel
                                              Alec M. Leslie
                                              888 Seventh Avenue
                                              New York, NY  10019
                                              Telephone: (646) 837-7150
                                              Facsimile: (212) 989-9163
                                              Email:  ykopel@bursor.com
                                                          aleslie@bursor.com

                                              *Counsel for Plaintiffs*