**EXHIBIT A**

Case 2:21-cv-04363-GRB-SIL Document 31-23 Filed 08/05/22 Page 2 of 2 PageID #: 2604
Case 2:22-cv-02436-GRB-JMW Document 39 Filed 08/05/22 Page 1 of 1 PageID #: 104

Page **1** of **1**

| UNITED STATES DISTRICT COURT | Courtroom 940 | |
|---|---|---|
| EASTERN DISTRICT OF NEW YORK | DATE: 8/5/2022 | TIME: 3:30pm |
| BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE | | |

CASE: Civil Cause for Telephone Pre-Motion Conference
22-cv-02436-GRB

APPEARANCES:    Plaintiff:  Alec Mitchell Leslie, Yitzchak Kopel

Defendant: Ashley Jean Hale, Lincoln Owens Bisbee, Dana Amber Brady

FTR: 3:31-4:03

**Motion for:**
**Movant:**

Case called.

FILED
CLERK

8/5/2022 4:39 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

☒ Counsel for all sides present.

☒ Pre-motion conference held.

☐ Discovery to proceed while motion is pending. Parties to contact Magistrate Judge assigned to the case to schedule an Initial Conference.

☐ Motion argued.

☐ The Court deems the motion made.

☒ Other: For the reasons set forth on the record, defendants' motion to dismiss is denied in part. The parties are to brief the remaining limited issue wherein defendant will serve its motion on plaintiff by September 16, 2022. Plaintiff will serve his response on defendant by October 17, 2022. Defendant will serve their reply, if necessary, and file the complete brief 14 days thereafter.

☐ The parties are to submit order on notice to all parties.

☐ Settlement discussed. Choose an item.

☐ Jury Selection and trial set for:
      Joint pretrial order due by:

** To obtain a copy of the transcript counsel should contact the ESR department in Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.**