# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | January 3, 2023 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-21-4313 (JS) |
| NAME OF CASE(S): | Rosario v. Icon Burger Acquisition LLC |
| FOR PLAINTIFF(S): | Leslie, Kopel |
| FOR DEFENDANT(S): | Gomez-Sanchez, Capobianco |
| NEXT CONFERENCE(S): | Zoom Settlement Conference - April 27, 2023 at 11:00 a.m. |
| FTR/COURT REPORTER: | Not Recorded |

RULINGS FROM Telephone Conference:

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 1/17/23;

Completion of Phase I discovery - 4/6/23;

Deadline for motions to join new parties or amend pleadings - 5/4/23;

First requests for production of documents and interrogatories due by - 5/18/23;

Plaintiff's Motion for Class Certification due by - 12/21/23;

All fact discovery to be completed by - 90 days after a ruling on class certification;

Exchange of expert reports - 60 days after ruling on class certification;

Expert depositions completed by - 90 days after ruling on class certification;

All discovery completed by - 120 days after ruling on class certification;

Final date to take first step in dispositive motion practice - 140 days after ruling on class certification.

A settlement conference will be held by Zoom on April 27, 2023 at 11:00 a.m. Parties are to submit their respective settlement positions via ex parte electronic filing no later than April 24, 2023. A motion to file ex parte is not required. Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference. A Zoom link will be sent to counsel prior to the conference.